# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN EDGARDO RUIZ-VILLAPUDUA,<br><br>Defendant. | Case No.: 24-cr-0244-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On February 28, 2024, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for March 1, 2024 to May 31, 2024. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 15] and sets the Motion Hearing/Trial Setting on May 31, 2024 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//
//
//

24-cr-0244-JO

Case 3:24-cr-00244-JO   Document 16   Filed 02/28/24   PageID.30   Page 2 of 2

Further, on February 27, 2024, the Defendant filed a pretrial motion that remains pending. Accordingly, the Court finds that time from February 27, 2024 to May 31, 2024 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: 2/28/24

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

24-cr-0244-JO